```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 01385
    BENJAMIN L WILLIAMS
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-5782


--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/15/2006 and was confirmed 06/14/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 07/25/2007.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
AMERICREDIT FINANCIAL SE  SECURED            21585.18      1881.03      12334.45
AMERICREDIT FINANCIAL SE  UNSEC W/INTER NOT FILED              .00           .00
CHICAGO MUNICIPAL EMPLOY  SECURED              566.40        87.69        566.40
HOMECOMINGS FINANCIAL NE  CURRENT MORTG    14471.16            .00      14471.16
HOMECOMINGS FINANCIAL NE  MORTGAGE ARRE    19175.48            .00           .00
PIERCE & ASSOC            NOTICE ONLY    NOT FILED             .00           .00
AT & T BANKRUPCTY         UNSEC W/INTER NOT FILED              .00           .00
PALISADES COLLECTION LLC  NOTICE ONLY    NOT FILED             .00           .00
AMERITECH                 UNSEC W/INTER NOT FILED              .00           .00
MONEY CONTROL             NOTICE ONLY    NOT FILED             .00           .00
CAPITAL ONE               UNSEC W/INTER      239.30            .00           .00
CHICAGO MUNICIPAL EMPLOY  SECURED              557.01        53.78        292.56
MEDICAL COLLECTIONS SYST  UNSEC W/INTER NOT FILED              .00           .00
HINSDALE HOSPITAL         UNSEC W/INTER NOT FILED              .00           .00
HINSDALE HOSPITAL         NOTICE ONLY    NOT FILED             .00           .00
MERCHANTS CREDIT GUIDE C  NOTICE ONLY    NOT FILED             .00           .00
MEDICAL COLLECTION        UNSEC W/INTER NOT FILED              .00           .00
MEDICAL COLLECTION        NOTICE ONLY    NOT FILED             .00           .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER NOT FILED              .00           .00
RUSH UNIVERSITY MED CENT  UNSEC W/INTER NOT FILED              .00           .00
MED BUS/ OAK LAWN RADIOL  NOTICE ONLY    NOT FILED             .00           .00
ASSET ACCEPTANCE CORP     UNSEC W/INTER      195.30            .00           .00
ASSET ACCEPTANCE LLC      NOTICE ONLY    NOT FILED             .00           .00
THE BUREAUS               UNSEC W/INTER NOT FILED              .00           .00
MED102                    NOTICE ONLY    NOT FILED             .00           .00
SPRINT PCS                UNSEC W/INTER NOT FILED              .00           .00
NCO COLLECTION AGENCY     NOTICE ONLY    NOT FILED             .00           .00
WEST ASSET MANAGEMENT     NOTICE ONLY    NOT FILED             .00           .00
THE BUREAUS               UNSEC W/INTER NOT FILED              .00           .00
MARY WILLIAMS             NOTICE ONLY    NOT FILED             .00           .00
OCWEN LOAN SERVICING LLC  SECURED NOT I    27615.99            .00           .00
CHICAGO MUNICIPAL EMPLOY  NOTICE ONLY    NOT FILED             .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 01385 BENJAMIN L WILLIAMS
```

```
TIMOTHY K LIOU            DEBTOR ATTY     611.20                     .00
TOM VAUGHN                TRUSTEE                               1,486.93
DEBTOR REFUND             REFUND                                     .00

      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------
                            RECEIPTS        DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                    31,174.00

PRIORITY                                              .00
SECURED                                         27,664.57
    INTEREST                                     2,022.50
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                             1,486.93
DEBTOR REFUND                                         .00
                         ---------------    ---------------
TOTALS                     31,174.00            31,174.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 10/18/07         _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE